## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **BILLY TERRY ASHLEY** | **CIVIL ACTION NO. 21-639-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DAVID YANELL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 19] previously filed herein, and after an independent review of the record, noting the lack of objection filed by Plaintiff, and determining that the findings of the Magistrate Judge are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Billy Terry Ashley's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).  The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 18th day of September 2023.

**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**